UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUSAN SEARLE,

        Plaintiff,

v.

RGS FINANCIAL, INC.,

        Defendant.

CIVIL ACTION NO. 1:13-cv-11916-FDS

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

PLAINTIFF,

_____
Susan Searle
9 Prospect Street
Merrimac, MA 01860

RGS FINANCIAL, INC.

By its attorney,

_____
John J. O'Connor, Esq.
MA BBO# 555251
PEABODY & ARNOLD LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
joconnor@peabodyarnold.com

Dated: April 28, 2014

## CERTIFICATE OF SERVICE

    I, John J. O'Connor, do hereby certify that I have, this 28th day of April, 2014, served the foregoing above document, by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and by First Class Mail to the plaintiff.

_____
John J. O'Connor

819804_1
15998-97842