UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Susan Searle

              Plaintiff,

v.

RGS Financial, Inc.,

              Defendant.

FILED
IN CLERKS OFFICE

2014 MAY -1  A 11: 33

Civil Action No.: 1:13-cv-11916-FDS
U.S. DISTRICT COURT
DISTRICT OF MASS

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in this case have settled this matter privately and pursuant to Fed. R. Civ. P. 41(a)(2), the Plaintiff, Susan Searle, hereby voluntarily dismisses all claims asserted against the Defendant, RGS Financial, Inc. with prejudice and without interest or costs, waiving all rights of appeal and/or rights to petition for fees and/or expenses; upon order of the Court.

Dated: 4/29/2014

Respectfully Submitted,

By: _____
Susan Searle
9 Prospect St.
Merrimac, MA 01860
RespondRS@gmail.com

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I CERTIFY that a copy of the foregoing was provided by First Class, U.S. Mail to _John O Connor Esq_ on this _29th_ day of _April_ 20_14_.

_Peabody y Arnold LLP_

_____
Susan Searle
9 Prospect St.
Merrimac, MA 01860
RespondRS@gmail.com

STATE OF MASSACHUSETTS

ESSEX COUNTY

BEFORE ME personally appeared Susan Searle who, being by me first duly sworn and identified in accordance with law, did execute the foregoing in my presence this _29th_ day of _April_ 20_14_.

_Joanne M. McWhirter_

Notary Public

My Commission Expires: _9/5/14_